IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESSA CARTER                                                              PLAINTIFF

vs.                                    NO: 4:07CV00939 BSM

MEDCATH OF LITTLE ROCK,
LLC, ET AL..                                                              DEFENDANTS

### ORDER

Pending before the court is Defendants' motion to dismiss (Doc. No. 14). For the reasons set for below, the court finds that this action should be dismissed.

*BACKGROUND*

Defendants served their first set of discovery requests on Plaintiff on April 30, 2008. On May 30, 2008, Defendants agreed to a two week extension to respond to the discovery requests.

On June 19, 2008, Plaintiff's counsel filed a motion to withdraw contending that his relationship with Plaintiff had deteriorated to the point that he could not effectively represent Plaintiff. (Doc. No. 9). The court, on June 24, 2008, granted the motion to withdraw. (Doc. No. 10). The Clerk's office sent a copy of the Order to Plaintiff. (Doc. No. 11) On July 1, 2008, the Order granting the motion to withdraw sent to Plaintiff was returned as undeliverable with the notation "Attempted -Not Known, Unable to Forward." (Doc. No. 12).

Defense counsel states that on July 2, 2008 he contacted Plaintiff by telephone to confer with her about responding to Defendants' discovery requests. Defense counsel states that Plaintiff said that she had obtained new counsel but did not have the contact information. According to defense counsel, Plaintiff told him not to contact her again regarding the pending litigation and hung up the telephone.

No new attorney has filed a notice of appearance and Plaintiff has not provided a statement of whether she intends to proceed pro se as directed in the June 24, 2008 Order. Defendants filed the motion to dismiss and served a copy of the motion on Plaintiff . It appears that Plaintiff received a copy of the motion as Defendants do not indicate that the mailing was returned as undeliverable. She has not responded to the motion to dismiss.

*ANALYSIS*

Defendants ask that the complaint be dismissed under Rule 37 of the Federal Rules of Civil Procedure for her refusal to engage in discovery and to respond to the discovery requests.

Rule 37 provides that a court may dismiss an action for failing to obey an order to provide or permit discovery. "The sanction of dismissal is proper only when there is (1) an order compelling discovery, (2) a willful violation of that order, and (3) prejudice to the other party." *Gleghorn v. Melton* 195 Fed.Appx. 535, 537, 2006 WL 2265880, *1 (8th Cir. 2006) (citing *Schoffstall v. Henderson*, 223 F.3d 818, 823 (8th Cir.2000)).

Here, there has not been an Order compelling discovery and therefore dismissal with prejudice is not an appropriate sanction   Dismissal is appropriate under Rule 41(b), however, for failure to prosecute or to comply with the court rules. Plaintiff has not responded to the motion to dismiss, she has advised defense counsel that she does not intend to cooperate with discovery; and has not provided the court with an address   Local Rule 5.5(c)(2) provides that a party not represented by counsel is expected to be familiar with and follow the Federal Rules of Civil Procedure. Failure to prosecute the case diligently may result in dismissal of the action without prejudice.

The court finds that, pursuant to Rule 41(b), this action should be, and is hereby

dismissed without prejudice.

       IT IS SO ORDERED this 28th day of July, 2008.

                                                                     _____
                                                                      UNITED STATES DISTRICT JUDGE