IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESSA CARTER                                          PLAINTIFF

vs.                         NO: 4:07CV00939 BSM

MEDCATH OF LITTLE ROCK,
LLC, ET AL..                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, the case is hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of July, 2008.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE